IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 00-21187-GLT |
| BOYD E. & LINDA L. REINARD | Chapter 13 |
| Debtor, | Related to Doc. No. 62 |
| OAK POINT PARTNERS, INC., | |
| Movant/Claimant, | |
| v. | |
| BOYD E. & LINDA L. REINARD, and RONDA J. WINNECOUR, Ch. 13 Trustee | |
| Respondents | |

## ORDER OF COURT

AND NOW, this 2nd day of April, 2014, upon consideration of the foregoing Motion for Order Directing Payment of Funds to Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq. (the "Motion"), the Motion is denied without prejudice for the reasons set forth in the tentative ruling issued on February 12, 2014 (as noted on the Court's proceeding memo), which is incorporated herein. The Debtor's case is hereby closed.

[Struck through: it is hereby DETERMINED that the Court finds the Claimant, Oak Point Partners, Inc., has noticed the United States Attorney as required by 28 U.S.C. § 2041, et seq.; and,

it is hereby ORDERED that Claimant's Motion is granted.

The Clerk of Court shall tender the unclaimed funds in the amount of $1,139.03 to Claimant. The Clerk of Court shall make the payment in care of Dilks & Knopik, LLC and shall mail the payment to Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065.]

~~Upon payment of the funds specified herein, the Clerk may close the~~ case

BY THE COURT:

_____
Gregory L. Taddonio
United States Bankruptcy Court Judge

FILED

APR 03 2014

CLERK, U.S. BANKRUPTCY COURT
WEST. DICT OF PENNSYLVANIA