IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 08-70341-JAD |
| MAXINE E. LEHMAN | Chapter 13 |
| Debtor, | Related to Doc. Nos. 79 and 84 |
| MANN BRACKEN, LLP, | |
| Movant/Claimant, | Doc. # 91 |
| v. | |
| MAXINE E. LEHMAN, and RONDA J. WINNECOUR, Ch. 13 Trustee | |
| Respondents | |

## ORDER OF COURT

AND NOW, this 10th day of Feb, 2014, upon consideration of the foregoing Stipulation Resolving Motion to Reopen Bankruptcy Pursuant to 11 U.S.C. § 350(b) and Motion for Order Directing Payment of Funds to Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq. (the "Motion"), it is hereby ORDERED that the Stipulation is approved; and,

1. Bank of America shall attempt to satisfy the Judgment against Debtor, Maxine E. Lehman, in the state court case in the Court of Common Pleas of Somerset County, PA at No. 751 Civil 2006.

2. Following the satisfaction of the Judgment, Dilks & Knopik/Mann Bracken's counsel shall provide proof of the satisfaction to Debtor's counsel.

3. Debtor's counsel shall then withdraw Debtor's Response to the Motion, allowing the Court to enter the Order approving the Motion and the release of the unclaimed funds to Dilks & Knopik, LLC.

4. Dilks & Knopik shall then forward $4,503.15 of the funds to Bank of America and $638.56 to Debtor.

5. However, if Bank of America is unable to satisfy the Judgment within 90 days from the date of this Order, counsel for Dilks & Knopik/Mann Bracken shall withdraw the Motion. **

BY THE COURT:

_____  2-10-2014
Jeffery A. Deller
Chief United States Bankruptcy Court Judge

** IT IS FURTHER ORDERED THAT Counsel For The Movant SHALL IMMEDIATELY SERVE this Stipulation And Order on all parties listed on the Clerk's Office current mailing matrix and SHALL FILE a certificate of service within seven days.

**FILED**

FEB 10 2014

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA