SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1. Intake Clerk *

2. Case Administrator

FROM:    Financial Administrator

DATE: _9.5.12_    UC

CASE NAME: _Tri State Mechanical Service_

CASE NUMBER: _90-22783_

Check Number _3055_ in the amount of $_200,902.72_ was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: _#5238_    Intake Clerk's Initials _MJ_

*    AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

TRI-STATE MECHANICAL SERVICE, INC.    )    Bankruptcy No. 90-22783-JKF
)
Debtor.    )

## CHAPTER 7 TRUSTEE'S REPORT OF UNCLAIMED FUNDS

NOW COMES the Chapter 7 Trustee, James A. Prostko, and files the following Report of Unclaimed Funds pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011 as follows:

1. The Trustee is returning to the Clerk the sum of $ 277,972.72 representing unclaimed funds from the Order of Distribution.

2. The names and addresses of the entities and amounts which they are entitled to be paid from the remaining property of the estate are set forth on the list attached hereto as Exhibit "A". The creditors listed on Exhibit "A" filed proofs of claim. Distribution was made and sent, but the checks were either not cashed or returned, nor did the Trustee receive a telephone inquiry with regard to the possible unknown check. The Trustee is unable to locate new addresses for the creditors on the attached list and wishes to turn these funds over to the Clerk of the Bankruptcy Court so that the case may be closed. The creditors may then obtain their funds from the Court at a later date.

3. A copy of the check delivered to the Clerk, U.S. Bankruptcy Court in the amount of $ 277,972.72 is attached hereto as Exhibit "B".

By:    /s/ James A. Prostko
James A. Prostko, Trustee
Prostko & Santillan, LLC
U.S. Steel Tower, Suite 660
600 Grant Street
Pittsburgh, PA  15219
(724) 770-1040  PA ID # 27221
jprostko@debtlaw.com

## CERTIFICATE OF SERVICE

I, James A. Prostko, hereby certify that I served a true and correct copy of the Chapter 7 Trustee's Report of Unclaimed Funds upon the following parties this __4th__ day of September, 2012, by United States Mail, First Class, Postage Prepaid, addressed as follows:

David Berry, Bankruptcy Analyst
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

/s/ James A. Prostko
James A. Prostko, Esquire