# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case Number: 90−22783−JKF |
| Debtor(s): Tri−State Mechanical Service, Inc. | : | |
| | : | Chapter Number: 7 |
| Movant: Herbert P. Gillner | : | |
| | : | Document No. |
| | : | |
| Respondent: No Respondent(s) | : | Hearing Date and Time: 1/18/13 at 9:00 AM |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION TO PAY UNCLAIMED FUNDS
### (RELATED TO DOC. NO. 429)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion To Pay Unclaimed Funds filed on December 21, 2012 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion To Pay Unclaimed Funds were to be filed and served no later than January 7, 2013.

It is hereby respectfully requested that the Order attached to the Motion To Pay Unclaimed Funds be entered by the Court.

Dated: January 15, 2013     Respectfully Submitted:     /s/ Jardanian Josephs
                                                        Jardanian Josephs, Esquire
                                                        Pa. I.D. 88667
                                                        PO Box 22144
                                                        Pittsburgh, PA 15222-0144
                                                        Ph: (412) 979-0552
                                                        Email: jljosephs@gmail.com