WWR # 20156898

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TRI-STATE MECHANICAL SERVICE, INC. ) | |
| ) | Bankruptcy No. 90-22783-CMB |
| Debtor ) | |
| ) | |
| ) | |
| JAMES A. PROSTKO ) | Related to Doc No. 466 |
| Trustee/Respondent ) | |
| ) | |
| ) | |
| BILL WARREN ) | |
| Movant ) | |

## MOTION FOR AMENDED COURT ORDER

Now comes, Bill Warren by and through counsel, Keri P. Ebeck and Weltman, Weinberg & Reis, Co., L.P.A. and states the following:

1. Debtor, Tri-State Mechanical Service, Inc. filed a Chapter 7 petition on September 7, 1990.

2. On or about June 5, 2013, Movant a Motion to Release Funds from Court Registry.

3. After service and notice of said Motion and proposed order, this Honorable Court entered Movant's proposed order on June 21, 2013. A true and correct copy of said order is attached hereto as Exhibit A.

4. Said Order states for the Clerk of Courts to release funds in the amount of $3,290.84 to the Movant.

5. Movant filed an amended Order to release funds in the amount of $16,350.46 on June 7, 2013 at Document No. 461.

6. Therefore, the Movant respectfully requests that this Honorable Court enter the Amended Order filed at Document No. 461 to release funds in the amount of $16,350.46 to Movant.

WHEREFORE, Movant prays for an Order from this Court granting Movant's Motion for Amended Order.

                WELTMAN, WEINBERG & REIS CO., L.P.A.

                /s/ Keri P. Ebeck
                PA I.D. #91298 kebeck@weltman.com
                1400 Koppers Building
                436 Seventh Avenue
                Pittsburgh, PA  15219
                (412) 434-7955