**WWR # 20156898**

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TRI-STATE MECHANICAL SERVICE, INC. | ) | |
| | ) | Bankruptcy No. 90-22783-CMB |
| Debtor | ) | |
| | ) | |
| | ) | |
| JAMES A. PROSTKO | ) | Related to Doc No. 466 |
| Trustee/Respondent | ) | |
| | ) | |
| | ) | |
| BILL WARREN | ) | |
| Movant | ) | |

## ORDER

On this _____ day of _____, 2013, in said District, upon the Motion of Bill Warren for Release of Unclaimed Funds. It is hereby ORDERED and DECREED, that Movant's Motion is hereby granted.

It is further ORDERED that the Clerk of Courts shall release the funds in the amount of $16,350.46 to Bill Warren c/o William D. Deutchman, 28650 Fairmont Blvd. Cleveland, OH 44124.

 

 

_____
Carlota M. Bohm
United States Chief Bankruptcy Judge

Keri P. Ebeck
PA I.D. #91298
Weltman, Weinberg & Reis, Co., L.P.A.
1400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA  15219
(412) 434-7955