IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| TRI-STATE MECHANICAL ) | |
| SERVICE, INC., ) | Case No. 90-22783/JKF |
| ) | Chapter 7 |
| *Debtor(s)* ) | |
| ) | Document No. 470 |
| GRIFFITH CADILLAC, ) | |
| *Movant,* ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES A. PROSTKO, Trustee, ) | |
| *Respondent.* ) | |

## MOTION TO PAY UNCLAIMED FUNDS

COMES NOW Movant, creditor GRIFFITH CADILLAC, by and through its counsel, Devin C. O'Leary, Esquire, of O'Leary LLC, counsel for his attorney-in-fact, Keys Research, who hereby moves this Honorable Court to order the release and payment of $5,886.91 being held by this Court as unclaimed funds, for the reasons set forth as follows:

1. An amount totaling $5,886.91 was not negotiated by the debtor, the Chapter 7 Trustee or any other creditors in this matter.

2. Per 11 U.S.C. § 347(a), the Trustee delivered the unclaimed funds to the Clerk of the United States Bankruptcy Court for the Western District of Pennsylvania.

3. Charlene J. Keys, doing business as Keys Research, has been appointed by Ronald Creamer, Trustee for Douglas Griffith Trust, former owner of Griffith Cadillac, as its lawful Attorney-in-fact, duly authorized by the attached, notarized agent authorization and supporting documents. (See "Exhibit A" attached hereto.)

4. Movant is Robert Creamer, Trustee of the estate of Douglas Griffith, with a legal address care of Saul Ewing LLP, 500 East Pratt Street, 8th Floor, Baltimore, MD 21202; Movant's former address was 20 South Queen Street, York, PA 17403.

5. Movant has no knowledge that any claimant is entitled to these funds or that any claim is pending before any Court for these funds.

WHEREFORE, Movant hereby respectfully requests this Court order the issue of a check for unclaimed funds in the amount of $5,886.91 made payable to Griffith Cadillac, care of Keys Research, 23630 SE 440th Street, Enumclaw, WA 98022.

Date: August 2, 2013

*/s/ Devin C. O'Leary, Esq.*
Devin O'Leary, Esq.
PO Box 294
Pittsburgh, PA 15230
412-592-0102
devin@olearyllc.com
PA No. 312544