**Form 208**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

480 – 479

In re: 

Bankruptcy Case No.: 90–22783–CMB
Doc. 479
Chapter: 7

**Tri–State Mechanical Service, Inc.**
  Debtor(s)

### ORDER SETTING DATE CERTAIN
### FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this 20th day of March, 2014, a Motion for Order Directing Payment of Funds to Claimant having been filed by Patrick Barden Sr., Successor In Interest to Barden–McKain Ford, Inc. in the above–captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. Counsel for the moving party shall serve **immediately,** pursuant to Fed.R.Bankr.P.7004, a copy of this Order and the Motion upon all parties from whom relief is sought and their counsel. Additionally, all equity security holders in Chapter 11 bankruptcy cases, if any, are to be served. Counsel for the Moving Party shall then file a Certificate of Service. **Failure to properly serve the Motion or file the Certificate may result in dismissal of the above–captioned proceeding.**

   2. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office,
      U.S. Bankruptcy Court
      5414 U.S. Steel Tower
      600 Grant Street
      Pittsburgh, PA 15219
      by 4/2/14.** Any response should be served on the Moving Party and their counsel.

   3. Said Motion is scheduled for hearing on **4/15/14 at 01:30 PM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   4. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE MOVING PARTY IS DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR Judge Carlota M. Bohm.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   5. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

_____
Carlota M. Böhm, Judge
United States Bankruptcy Court

cm: Peter J. Ashcroft, Esq.