IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 90-22783-CMB |
| TRI-STATE MECHANICAL SERVICE, INC., | Chapter 7 |
| Debtor, | Related to Doc. Nos. 479 and 481 |
| PATRICK BARDEN SR. SUCCESSOR IN INTEREST TO BARDEN-MCKAIN FORD, INC., | |
| Movant/Claimant, | |
| v. | |
| TRI-STATE MECHANICAL SERVICE, INC., and<br>JAMES A. PROSTKO, Ch. 7 Trustee | |
| Respondents | |

CERTIFICATE OF NO OBJECTION OR RESPONSE TO
MOTION TO REOPEN BANKRUPTCY PURSUANT TO 11 U.S.C. § 350(b) and
MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT
PURSUANT TO 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq.

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Order Directing Payment of Funds, filed at Doc. No. 479 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.  Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than April 2, 2014.

      It is hereby respectfully requested that the Order attached to the Movant's Motion for Order Directing Payment of Funds be entered by the Court.

| | |
|---|---|
| Dated: April 3, 2014 | Respectfully submitted, |
| | |
| | By: /s/ Peter J Ashcroft |
| | Peter J Ashcroft, Esq. |
| | PA I.D. # 87317 |
| | Bernstein-Burkley, P.C. |
| | pashcroft@bernsteinlaw.com |
| | 707 Grant Street, Suite 2200, Gulf Tower |
| | Pittsburgh, PA 15219 |
| | (412) 456-8107 |
| | Fax: (412) 456-8135 |
| | |
| | Counsel for Patrick Barden Sr. Successor In Interest To Barden-McKain Ford, Inc. |