1:30 PM

## PROCEEDING MEMO

Date:   May 27, 2014

In re:   Tri-State Mechanical Service, Inc.

Bankruptcy No. 90-22783-CMB

Doc. # 484

**Appearances:**

   Plaintiff(s):   James A. Prostko, Trustee ✓

   Defendant(s):

   Creditor(s):

Nature of Proceeding:   Hearing on Rule to Show Cause Re: Zero Balance Statement Not Filed

Additional Pleadings:   Response filed by Trustee

Judge's Notes:

- Everything has been done
- U S Trustee has to file papers.
- Rule Complied with.

**Outcome:**

_____Motion is GRANTED _____Order entered

_____Motion is DENIED _____Order entered

_____Motion WITHDRAWN

_____Motion is DISMISSED _____ Order entered

_____Reschedule for Proper Service

_____Case DISMISSED _____Order entered

_____Parties to submit Order/Settlement/Stipulation by _____days

_____CONTINUED MATTER:   _____for at least _____days (Court to Issue Order)

_____ to hearing date of _____

____ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:   Movant(s) brief due _____days
                              Respondent(s) brief due _____days
                              Trustee's brief due _____days



FILED
MAY 28 2014
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA

Carlota M. Böhm
U. S. Bankruptcy Judge